**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Crossroad Family Farms, GP |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Crossroads Family Farms, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1573446 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1016 East 700 North <br> Fortville, IN 46040 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hancock | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.CrossroadsFF.com |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

■ Other. Specify:    General Partnership

Debtor   Crossroad Family Farms, GP _____   Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | Relationship | |
|---|---|---|---|
| District | | When _____ | Case number, if known _____ |

Debtor    Crossroad Family Farms, GP                                     Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Crossroad Family Farms, GP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 23, 2018
             MM / DD / YYYY

**X** /s/ Bradley Stephenson                              Bradley Stephenson
Signature of authorized representative of debtor          Printed name

Title _____

---

**18. Signature of attorney**

**X** /s/ Jeffrey M. Hester                    Date   August 23, 2018
Signature of attorney for debtor                      MM / DD / YYYY

Jeffrey M. Hester
Printed name

Hester Baker Krebs LLC
Firm name

One Indiana Square, Suite 1600
211 N. Pennsylvania Street
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone   (317) 833-3030          Email address _____

22048-49 IN
Bar number and State

---

Debtor    Crossroad Family Farms, GP        Case number *(if known)* _____
<br>Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | |
|---|---|---|---|---|
| Debtor | Bradley Stephenson and Stacey Stephenson | | Relationship to you | |
| District | Southern District of Indiana, Indianapolis Division | When 7/11/18 | Case number, if known | 18-05250 |
| Debtor | Crossroads Family Farms Equipment, LLC | | Relationship to you | |
| District | Southern District of Indiana, Indianapolis Division | When | Case number, if known | |
| Debtor | Crossroads Family Farms Facilities, LLC | | Relationship to you | |
| District | Southern District of Indiana, Indianapolis Division | When | Case number, if known | |
| Debtor | Stephenson Family Limited Partnership | | Relationship to you | |
| District | Southen District of Indiana, Indianapolis Division | When | Case number, if known | |
| Debtor | The West 70 Corporation | | Relationship to you | |
| District | Southern District of Indiana, Indianapolis Division | When | Case number, if known | |
| Debtor | Todd Stephenson and Christina Stephenson | | Relationship to you | |
| District | Southern District of Indiana, Indianapolis Division | When 7/11/18 | Case number, if known | 18-05254 |

**Fill in this information to identify the case:**

Debtor name    Crossroad Family Farms, GP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2018      **X** /s/ Bradley Stephenson
                                          Signature of individual signing on behalf of debtor

                                          Bradley Stephenson
                                          Printed name

                                           Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | Crossroad Family Farms, GP |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Funding, Inc. 9820 Towne Centre Drive San Diego, CA 92121 | | Unknown: Listed for potential claim; Pending lawsuit filed in California | | | | $134,099.20 |
| Monsanto Company P.O. Box 204070 Dallas, TX 75320 | | Purchases on account | | | | $111,524.38 |
| Brodbeck Seeds, LLC 15 Ringel Avenue Wabash, IN 46992 | | Listed for potential claim; Complaint filed in Hancock County Circuit Court | Disputed | | | $50,000.00 |
| Family Farms, LLC 31832 Delphi Road Brighton, IL 62012 | | Unknown: Listed for potential claim | Disputed | | | $49,163.24 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Tax obligations - 943 | | | | $47,628.83 |
| McAfee & Taft 211 N. Robinson, Suite 1000 Oklahoma City, OK 73102 | | Services provided | | | | $38,783.29 |
| Capital One 15000 Capital One Drive Henrico, VA 23238 | | Credit card purchases | | | | $27,532.17 |
| AmeriGas 624 S. Berkley Road Kokomo, IN 46901 | | Services provided | | | | $18,206.00 |
| Irving Materials, Inc. 8032 North State Road 9 Greenfield, IN 46140 | | Unknown: Listed for potential claim; Complaint filed in Shelby County Superior Court | | | | $9,678.76 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   Crossroad Family Farms, GP
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VTF Sunrise, LLC 8398 Celina-Mendon Road Celina, OH 45822 | | Services provided | | | | $9,397.80 |
| Beaver Graham & Calvert 221 W. Main Cross Street Taylorville, IL 62568 | | Services provided | | | | $8,024.94 |
| Kerber Eck & Breckel 1365 E. Union Avenue Litchfield, IL 62056 | | Services provided | | | | $5,256.00 |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 N. Senate Avenue Indianapolis, IN 46204 | | Tax obligation | | | | $3,922.53 |
| Cintas Corporation P.O. Box 630803 Cincinnati, OH 45263 | | Purchases on account | | | | $2,558.61 |
| Accident Fund P.O. Box 40767 Lansing, MI 48901 | | Insurance services (workers compensation insurance) | | | | $1,836.34 |
| ADM Grain Co 2350 Broadway Evansville, IN 47712 | | Purchases on account | | | | $1,731.67 |
| Taft Stettinius & Hollister, LLP One Indiana Square, Suite 3500 Indianapolis, IN 46204 | | Services provided | | | | $1,443.26 |
| Dan L. Strahl 8 West Main Greenfield, IN 46140 | | Services provided | | | | $1,206.85 |
| Indiana Dept. of Workforce Development 10 N. Senate Avenue Room SE106 Indianapolis, IN 46204-2277 | | Tax obligation | | | | $1,102.13 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Tax obligations - 943 | | | | $491.81 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

**Fill in this information to identify the case:**

Debtor name    Crossroad Family Farms, GP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................   $     0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................   $     1,888,697.04

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*........................................................................   $     1,888,697.04

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     6,983,107.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $     53,145.30

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     470,442.51

4.   **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b         $     7,506,694.81

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Crossroad Family Farms, GP |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  First Merchants Bank | Checking | 5023 | $160.04 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                                              $160.04
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

| 11.  **Accounts receivable** | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 1,018,601.35 - | 1,018,601.35 = .... | Unknown |
| | face amount | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   Crossroad Family Farms, GP
_____   Case number *(If known)* _____
Name

**12.   Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $0.00 |

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials**<br>Grain on hand (Estimated)<br>2,500 Bushels of corn @<br>$3.57 | | $8,925.00 | Recent cost | $8,925.00 |

**20.   Work in progress**

**21.   Finished goods, including goods held for resale**

**22.   Other inventory or supplies**

**23.   Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $8,925.00 |

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops-either planted or harvested**<br>Planted 2,507 acres of soybeans<br>Crop insurance coverage 100% interest | $1,366,855.00 | N/A | $1,366,855.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    Crossroad Family Farms, GP
Name

Case number *(If known)*

29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30.  **Farm machinery and equipment** *(Other than titled motor vehicles)*

31.  **Farm and fishing supplies, chemicals, and feed**

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6.**

     Add lines 28 through 32.  Copy the total to line 85.

     | $1,366,855.00 |

34.  **Is the debtor a member of an agricultural cooperative?**
     ■ No
     ☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
     ■ No
     ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office desks (5)  / printer-copier (2) / office furntiure (misc. filing cabinets) | $300.00 | | $300.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

     Add lines 39 through 42.  Copy the total to line 86.

     | $300.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Debtor    Crossroad Family Farms, GP                          Case number *(If known)* _____
           Name

- ■ No
- ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Arbitration check on hand from crop insurance | $162,457.00 |
| | 2017 ARC payment (estimate) | $250,000.00 |
| | 2018 ARC payment (estimate) | $100,000.00 |

Debtor    Crossroad Family Farms, GP                          Case number *(If known)* _____
          Name

78.   **Total of Part 11.**                                                    $512,457.00
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    Crossroad Family Farms, GP                                    Case number *(If known)*  _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $160.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,925.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,366,855.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $512,457.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,888,697.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,888,697.04 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Crossroad Family Farms, GP___

United States Bankruptcy Court for the:   ___SOUTHERN DISTRICT OF INDIANA___

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | First Financial Bank, N.A. | | |
|---|---|---|---|

| Creditor's Name | Describe debtor's property that is subject to a lien | $6,983,107.00 | $1,888,697.04 |
|---|---|---|---|
| | All property | | |

225 Pictoria Drive
Cincinnati, OH 45246

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

2015

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $6,983,107.00 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Graydon Head & Ritchey LLP<br>312 Walnut Street, Suite 1800<br>Cincinnati, OH 45202 | Line _2.1_ | |

**Fill in this information to identify the case:**

Debtor name  Crossroad Family Farms, GP

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Avenue<br>Indianapolis, IN 46204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,922.53 | $3,922.53 |
| Date or dates debt was incurred<br>2017 | Basis for the claim:<br>Tax obligation | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Indiana Dept. of Workforce<br>Development<br>10 N. Senate Avenue<br>Room SE106<br>Indianapolis, IN 46204-2277 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,102.13 | $1,102.13 |
| Date or dates debt was incurred<br>2018 | Basis for the claim:<br>Tax obligation | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    Crossroad Family Farms, GP _____    Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,628.83 | $47,628.83 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$47,628.83    $47,628.83

Date or dates debt was incurred
2017

Basis for the claim:
Tax obligations - 943

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$491.81    $491.81

Date or dates debt was incurred
2017

Basis for the claim:
Tax obligations - 943

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $1,836.34

Accident Fund
P.O. Box 40767
Lansing, MI 48901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018
**Last 4 digits of account number** _

Basis for the claim:  Insurance services (workers compensation insurance)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $1,731.67

ADM Grain Co
2350 Broadway
Evansville, IN 47712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017
**Last 4 digits of account number** _

Basis for the claim:  Purchases on account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    Unknown

AgResources Management /AgriFund, LLC
5250 E. US Highway 36, Suite 310
Avon, IN 46123

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  0887;1990

Basis for the claim:  Unknown:  Listed for potential claim

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Crossroad Family Farms, GP
_____          Case number (if known)   _____
Name

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $18,206.00 |
| | AmeriGas | ☐ Contingent |
| | 624 S. Berkley Road | ☐ Unliquidated |
| | Kokomo, IN 46901 | ☐ Disputed |
| | **Date(s) debt was incurred**  2017-2018 | **Basis for the claim:**  Services provided |
| | **Last 4 digits of account number**  6513 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $8,024.94 |
| | Beaver Graham & Calvert | ☐ Contingent |
| | 221 W. Main Cross Street | ☐ Unliquidated |
| | Taylorville, IL 62568 | ☐ Disputed |
| | **Date(s) debt was incurred**  2018 | **Basis for the claim:**  Services provided |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $50,000.00 |
| | Brodbeck Seeds, LLC | ☐ Contingent |
| | 15 Ringel Avenue | ☐ Unliquidated |
| | Wabash, IN 46992 | ■ Disputed |
| | **Date(s) debt was incurred**  2016 | **Basis for the claim:**  Listed for potential claim; Complaint filed in Hancock County Circuit Court |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $27,532.17 |
| | Capital One | ☐ Contingent |
| | 15000 Capital One Drive | ☐ Unliquidated |
| | Henrico, VA 23238 | ☐ Disputed |
| | **Date(s) debt was incurred**  2016-2018 | **Basis for the claim:**  Credit card purchases |
| | **Last 4 digits of account number**  0844 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $2,558.61 |
| | Cintas Corporation | ☐ Contingent |
| | P.O. Box 630803 | ☐ Unliquidated |
| | Cincinnati, OH 45263 | ☐ Disputed |
| | **Date(s) debt was incurred**  2018 | **Basis for the claim:**  Purchases on account |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. Unknown |
| | Deere Credit, Inc. | ☐ Contingent |
| | 6400 NW 86th Street | ☐ Unliquidated |
| | P.O. Box 6600 | ☐ Disputed |
| | Johnston, IA 50131 | |
| | **Date(s) debt was incurred**  2017 | **Basis for the claim:**  Equipment rental |
| | **Last 4 digits of account number**  3000 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. Unknown |
| | Emericks Farms | ☐ Contingent |
| | 1023 N. 175 Street | ☐ Unliquidated |
| | Vandalia, IL 62471 | ☐ Disputed |
| | **Date(s) debt was incurred**  2016 | **Basis for the claim:**  Unknown:  Listed for potential claim |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   Crossroad Family Farms, GP
_____
Name                                             Case number *(if known)*   _____

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,163.24 |

Family Farms, LLC
31832 Delphi Road
Brighton, IL 62012

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __R0FF__

Basis for the claim:  Unknown:  Listed for potential claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Indy Family Farms Land, LLC
110 Bluffdale Drive
Greenwood, IN 46142

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

Basis for the claim:  Unknown:  Listed for potential claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Indy Family Farms, G.P.
110 Bluffdale Drive
Greenwood, IN 46142

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

Basis for the claim:  Unknown:  Listed for potential claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,678.76 |

Irving Materials, Inc.
8032 North State Road 9
Greenfield, IN 46140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

Basis for the claim:  Unknown:  Listed for potential claim; Complaint filed in Shelby County Superior Court

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,256.00 |

Kerber Eck & Breckel
1365 E. Union Avenue
Litchfield, IL 62056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2018__
**Last 4 digits of account number** __

Basis for the claim:  Services provided

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,783.29 |

McAfee & Taft
211 N. Robinson, Suite 1000
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2018__
**Last 4 digits of account number** __

Basis for the claim:  Services provided

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,524.38 |

Monsanto Company
P.O. Box 204070
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2017__
**Last 4 digits of account number** __9644;3501__

Basis for the claim:  Purchases on account

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   Crossroad Family Farms, GP _____   Case number (if known) _____
          Name

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $134,099.20 |

**Nonpriority creditor's name and mailing address**
National Funding, Inc.
9820 Towne Centre Drive
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Unknown:  Listed for potential claim; Pending lawsuit filed in California

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.   $134,099.20

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,206.85 |

**Nonpriority creditor's name and mailing address**
Dan L. Strahl
8 West Main
Greenfield, IN 46140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,443.26 |

**Nonpriority creditor's name and mailing address**
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013-2014

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,397.80 |

**Nonpriority creditor's name and mailing address**
VTF Sunrise, LLC
8398 Celina-Mendon Road
Celina, OH 45822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Lewis Brisbois Bisgaard & Smith, LLP<br>103 West Vandalia Street, Suite 300<br>Edwardsville, IL 62025 | Line 3.6<br>☐ Not listed. Explain ____ | _ |
| 4.2 | M. Michael Stephenson<br>McNeely Stephenson<br>2150 Intelliplex Drive, Suite 100<br>Shelbyville, IN 46176 | Line 3.14<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ronald E. Osman<br>1602 W. Kimmel / P.O. Box 939<br>Marion, IL 62959 | Line 3.10<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Wendy D. Brewer<br>JensenBrewer, LLC<br>333 N. Alabama Street, Suite 350<br>Indianapolis, IN 46204 | Line 3.12<br>☐ Not listed. Explain ____ | _ |

| Debtor | Crossroad Family Farms, GP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | Wendy D. Brewer<br>JensenBrewer, LLC<br>333 N. Alabama Street, Suite 350<br>Indianapolis, IN 46204 | Line  3.13<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | | 53,145.30 |
| **5b. Total claims from Part 2** | 5b. | + $ | | 470,442.51 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | | 523,587.81 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Crossroad Family Farms, GP___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF INDIANA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease |
| State the term remaining | |
| List the contract number of any government contract | Central Midwest Farms Equipment, LLC<br>1016 East 700 North<br>Fortville, IN 46040 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease |
| State the term remaining | |
| List the contract number of any government contract | Crossroads Family Farms Equipment, LLC<br>1016 East 700 North<br>Fortville, IN 46040 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Use of grain / shop / office |
| State the term remaining | |
| List the contract number of any government contract | Crossroads Family Farms Facilities, LLC<br>1016 East 700 North<br>Fortville, IN 46040 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Sublease (land agreements) |
| State the term remaining | |
| List the contract number of any government contract | Crossroads Family Farms, LLC<br>1016 East 700 North<br>Fortville, IN 46040 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Crossroad Family Farms, GP | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Custom farming | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Stephenson Family Limited Partnership<br>1016 E. 700 North<br>Fortville, IN 46040 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Custom Farming | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | The West 70 Corporation<br>1016 East 700 North<br>Fortville, IN 46040 |

**Schedule G: Executory Contracts and Unexpired Leases**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Crossroad Family Farms, GP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | B & T Farms | 1016 East 700 North<br>Fortville, IN 46040 | First Financial Bank, N.A. | ■ D   2.1<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | Betsey Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Brodbeck Seeds, LLC | ☐ D  _____<br>■ E/F   3.6<br>☐ G  _____ |
| 2.3 | Betsey Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms Land, LLC | ☐ D  _____<br>■ E/F   3.12<br>☐ G  _____ |
| 2.4 | Betsey Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms, G.P. | ☐ D  _____<br>■ E/F   3.13<br>☐ G  _____ |
| 2.5 | Bradley Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | First Financial Bank, N.A. | ■ D   2.1<br>☐ E/F  _____<br>☐ G  _____ |

Debtor   Crossroad Family Farms, GP _____   Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms Land, LLC | ☐ D _____ <br> ■ E/F ___3.12___ <br> ☐ G _____ |
| 2.7 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms, G.P. | ☐ D _____ <br> ■ E/F ___3.13___ <br> ☐ G _____ |
| 2.8 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | AgResources Management /AgriFund, LLC | ☐ D _____ <br> ■ E/F ___3.3___ <br> ☐ G _____ |
| 2.9 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | AmeriGas | ☐ D _____ <br> ■ E/F ___3.4___ <br> ☐ G _____ |
| 2.10 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Beaver Graham & Calvert | ☐ D _____ <br> ■ E/F ___3.5___ <br> ☐ G _____ |
| 2.11 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Capital One | ☐ D _____ <br> ■ E/F ___3.7___ <br> ☐ G _____ |
| 2.12 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Family Farms, LLC | ☐ D _____ <br> ■ E/F ___3.11___ <br> ☐ G _____ |
| 2.13 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | McAfee & Taft | ☐ D _____ <br> ■ E/F ___3.16___ <br> ☐ G _____ |

Debtor   Crossroad Family Farms, GP                              Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Monsanto Company | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.15 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | VTF Sunrise, LLC | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.16 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Brodbeck Seeds, LLC | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.17 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | National Funding, Inc. | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.18 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Accident Fund | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.19 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | ADM Grain Co | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.20 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Cintas Corporation | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.21 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Deere Credit, Inc. | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |

Debtor  Crossroad Family Farms, GP _____    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Emericks Farms | ☐ D _____ ■ E/F ___3.10___ ☐ G _____ |
| 2.23 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Irving Materials, Inc. | ☐ D _____ ■ E/F ___3.14___ ☐ G _____ |
| 2.24 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Kerber Eck & Breckel | ☐ D _____ ■ E/F ___3.15___ ☐ G _____ |
| 2.25 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Dan L. ~Strahl | ☐ D _____ ■ E/F ___3.19___ ☐ G _____ |
| 2.26 | Bradley Stephenson | 1016 East 700 North Fortville, IN 46040 | Taft Stettinius & Hollister, LLP | ☐ D _____ ■ E/F ___3.20___ ☐ G _____ |
| 2.27 | Central Midwest Family Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | AgResources Management /AgriFund, LLC | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.28 | Central Midwest Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms Land, LLC | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |
| 2.29 | Central Midwest Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms, G.P. | ☐ D _____ ■ E/F ___3.13___ ☐ G _____ |

---

Debtor    Crossroad Family Farms, GP                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | Central Midwest Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | Brodbeck Seeds, LLC | ☐ D _____ ■ E/F ___3.6___ ☐ G _____ |
| 2.31 | Central Midwest Farms, LLC | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms Land, LLC | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |
| 2.32 | Central Midwest Farms, LLC | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms, G.P. | ☐ D _____ ■ E/F ___3.13___ ☐ G _____ |
| 2.33 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A. | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.34 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms Land, LLC | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |
| 2.35 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms, G.P. | ☐ D _____ ■ E/F ___3.13___ ☐ G _____ |
| 2.36 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | AgResources Management /AgriFund, LLC | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.37 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Brodbeck Seeds, LLC | ☐ D _____ ■ E/F ___3.6___ ☐ G _____ |

Debtor    Crossroad Family Farms, GP                                        Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Family Farms, LLC | ☐ D _____ ☑ E/F __3.11__ ☐ G _____ |
| 2.39 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | AmeriGas | ☐ D _____ ☑ E/F __3.4__ ☐ G _____ |
| 2.40 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Beaver Graham & Calvert | ☐ D _____ ☑ E/F __3.5__ ☐ G _____ |
| 2.41 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Capital One | ☐ D _____ ☑ E/F __3.7__ ☐ G _____ |
| 2.42 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | McAfee & Taft | ☐ D _____ ☑ E/F __3.16__ ☐ G _____ |
| 2.43 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Monsanto Company | ☐ D _____ ☑ E/F __3.17__ ☐ G _____ |
| 2.44 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | National Funding, Inc. | ☐ D _____ ☑ E/F __3.18__ ☐ G _____ |
| 2.45 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | VTF Sunrise, LLC | ☐ D _____ ☑ E/F __3.21__ ☐ G _____ |

Debtor    Crossroad Family Farms, GP                                    Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.46 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Accident Fund | ☐ D _____ ■ E/F _3.1_ ☐ G _____ |
| 2.47 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | ADM Grain Co | ☐ D _____ ■ E/F _3.2_ ☐ G _____ |
| 2.48 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Cintas Corporation | ☐ D _____ ■ E/F _3.8_ ☐ G _____ |
| 2.49 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Deere Credit, Inc. | ☐ D _____ ■ E/F _3.9_ ☐ G _____ |
| 2.50 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Emericks Farms | ☐ D _____ ■ E/F _3.10_ ☐ G _____ |
| 2.51 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Irving Materials, Inc. | ☐ D _____ ■ E/F _3.14_ ☐ G _____ |
| 2.52 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Kerber Eck & Breckel | ☐ D _____ ■ E/F _3.15_ ☐ G _____ |
| 2.53 | Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Dan L. ~Strahl | ☐ D _____ ■ E/F _3.19_ ☐ G _____ |

Debtor  Crossroad Family Farms, GP                                                    Case number *(if known)*  _____

| | | |
|---|---|---|
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | |
| Column 1: **Codebtor** | | Column 2: **Creditor** |

| | | |
|---|---|---|
| 2.54  Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | Taft Stettinius & Hollister, LLP  ☐ D _____  ■ E/F   3.20  ☐ G _____ |
| 2.55  Crossroads Family Farms Equipment, LLC | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A.  ■ D   2.1  ☐ E/F _____  ☐ G _____ |
| 2.56  Crossroads Family Farms Facilities, LLC | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A.  ■ D   2.1  ☐ E/F _____  ☐ G _____ |
| 2.57  Crossroads Family Farms Investors, LLC | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A.  ■ D   2.1  ☐ E/F _____  ☐ G _____ |
| 2.58  Crossroads Family Farms Investors, LLC | 1016 East 700 North Fortville, IN 46040 | Family Farms, LLC  ☐ D _____  ■ E/F   3.11  ☐ G _____ |
| 2.59  Crossroads Family Farms Seed, Fertilizer | & Chemical LLC 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A.  ■ D   2.1  ☐ E/F _____  ☐ G _____ |
| 2.60  Crossroads Family Farms Trucking, LLC | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A.  ■ D   2.1  ☐ E/F _____  ☐ G _____ |
| 2.61  Crossroads Family Farms, LLC | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A.  ■ D   2.1  ☐ E/F _____  ☐ G _____ |

Debtor    Crossroad Family Farms, GP                                    Case number *(if known)*  _____

---

**⬛** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | Crossroads Family Farms, LLC | 1016 East 700 North<br>Fortville, IN 46040 | Indy Family Farms Land, LLC | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.63 | Crossroads Family Farms, LLC | 1016 East 700 North<br>Fortville, IN 46040 | Indy Family Farms, G.P. | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.64 | E & E Farms, Inc. d/b/a Emerick Farms | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms Land, LLC | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.65 | E & E Farms, Inc. d/b/a Emerick Farms | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms, G.P. | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.66 | Matthew Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Brodbeck Seeds, LLC | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.67 | Matthew Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms Land, LLC | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.68 | Matthew Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms, G.P. | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.69 | Patricia J. Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Brodbeck Seeds, LLC | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |

Debtor   Crossroad Family Farms, GP                                  Case number *(if known)*   _____

| **Additional Page to List More Codebtors** | | |
|---|---|---|
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | |
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| | | | |
|---|---|---|---|
| 2.70 | Patricia J. Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms<br>Land, LLC | ☐ D _____<br>■ E/F  3.12<br>☐ G _____ |
| 2.71 | Patricia J. Emerick | 1023 N. 175 Street<br>Vandalia, IL 62471 | Indy Family Farms,<br>G.P. | ☐ D _____<br>■ E/F  3.13<br>☐ G _____ |
| 2.72 | Stacey<br>Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | First Financial Bank,<br>N.A. | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.73 | Stacey<br>Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Indy Family Farms<br>Land, LLC | ☐ D _____<br>■ E/F  3.12<br>☐ G _____ |
| 2.74 | Stacey<br>Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Indy Family Farms,<br>G.P. | ☐ D _____<br>■ E/F  3.13<br>☐ G _____ |
| 2.75 | Stacey<br>Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | AmeriGas | ☐ D _____<br>■ E/F  3.4<br>☐ G _____ |
| 2.76 | Stacey<br>Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Beaver Graham &<br>Calvert | ☐ D _____<br>■ E/F  3.5<br>☐ G _____ |
| 2.77 | Stacey<br>Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Capital One | ☐ D _____<br>■ E/F  3.7<br>☐ G _____ |

Debtor   Crossroad Family Farms, GP                          Case number *(if known)*  _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                   Column 2: **Creditor**

| 2.78 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Family Farms, LLC | ☐ D _____ ☑ E/F ___3.11___ ☐ G _____ |
|---|---|---|---|---|
| 2.79 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | McAfee & Taft | ☐ D _____ ☑ E/F ___3.16___ ☐ G _____ |
| 2.80 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Monsanto Company | ☐ D _____ ☑ E/F ___3.17___ ☐ G _____ |
| 2.81 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | VTF Sunrise, LLC | ☐ D _____ ☑ E/F ___3.21___ ☐ G _____ |
| 2.82 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Brodbeck Seeds, LLC | ☐ D _____ ☑ E/F ___3.6___ ☐ G _____ |
| 2.83 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Irving Materials, Inc. | ☐ D _____ ☑ E/F ___3.14___ ☐ G _____ |
| 2.84 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | National Funding, Inc. | ☐ D _____ ☑ E/F ___3.18___ ☐ G _____ |
| 2.85 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | AgResources Management /AgriFund, LLC | ☐ D _____ ☑ E/F ___3.3___ ☐ G _____ |

Debtor    Crossroad Family Farms, GP _____    Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|
| 2.86 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Accident Fund | ☐ D _____ ▮ E/F __3.1__ ☐ G _____ |
| 2.87 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | ADM Grain Co | ☐ D _____ ▮ E/F __3.2__ ☐ G _____ |
| 2.88 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Cintas Corporation | ☐ D _____ ▮ E/F __3.8__ ☐ G _____ |
| 2.89 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Deere Credit, Inc. | ☐ D _____ ▮ E/F __3.9__ ☐ G _____ |
| 2.90 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Emericks Farms | ☐ D _____ ▮ E/F __3.10__ ☐ G _____ |
| 2.91 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Kerber Eck & Breckel | ☐ D _____ ▮ E/F __3.15__ ☐ G _____ |
| 2.92 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Dan L. ~Strahl | ☐ D _____ ▮ E/F __3.19__ ☐ G _____ |
| 2.93 | Stacey Stephenson | 1016 East 700 North Fortville, IN 46040 | Taft Stettinius & Hollister, LLP | ☐ D _____ ▮ E/F __3.20__ ☐ G _____ |

Debtor    Crossroad Family Farms, GP _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| 2.94 | Stephenson Family Limited Partnership | 1016 E. 700 North Fortville, IN 46040 | First Financial Bank, N.A. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.95 | The West 70 Corporation | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.96 | Todd Stephenson | 1016 East 700 North Fortville, IN 46040 | First Financial Bank, N.A. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.97 | Todd Stephenson | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms Land, LLC | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.98 | Todd Stephenson | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms, G.P. | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.99 | Todd Stephenson | 1016 East 700 North Fortville, IN 46040 | AgResources Management /AgriFund, LLC | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.100 | Todd Stephenson | 1016 East 700 North Fortville, IN 46040 | Brodbeck Seeds, LLC | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.101 | Todd Stephenson | 1016 East 700 North Fortville, IN 46040 | Family Farms, LLC | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |

Debtor  Crossroad Family Farms, GP                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 2 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | AmeriGas | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.10 3 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Beaver Graham &<br>Calvert | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.10 4 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Capital One | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.10 5 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | McAfee & Taft | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.10 6 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Monsanto Company | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.10 7 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | National Funding, Inc. | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.10 8 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | VTF Sunrise, LLC | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.10 9 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Accident Fund | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Crossroad Family Farms, GP                                    Case number *(if known)*   _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | ADM Grain Co | ☐ D _____<br>☑ E/F ___3.2___<br>☐ G _____ |
| 2.111 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Cintas Corporation | ☐ D _____<br>☑ E/F ___3.8___<br>☐ G _____ |
| 2.112 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Deere Credit, Inc. | ☐ D _____<br>☑ E/F ___3.9___<br>☐ G _____ |
| 2.113 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Emericks Farms | ☐ D _____<br>☑ E/F ___3.10___<br>☐ G _____ |
| 2.114 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Irving Materials, Inc. | ☐ D _____<br>☑ E/F ___3.14___<br>☐ G _____ |
| 2.115 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Kerber Eck & Breckel | ☐ D _____<br>☑ E/F ___3.15___<br>☐ G _____ |
| 2.116 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Dan L. ~Strahl | ☐ D _____<br>☑ E/F ___3.19___<br>☐ G _____ |
| 2.117 | Todd Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | Taft Stettinius &<br>Hollister, LLP | ☐ D _____<br>☑ E/F ___3.20___<br>☐ G _____ |

Debtor    Crossroad Family Farms, GP                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.11 8 | White River Grain Family Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | AgResources Management /AgriFund, LLC | ☐ D ____<br>☑ E/F ___3.3___<br>☐ G ____ |
| 2.11 9 | White River Grain Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms Land, LLC | ☐ D ____<br>☑ E/F ___3.12___<br>☐ G ____ |
| 2.12 0 | White River Grain Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | Indy Family Farms, G.P. | ☐ D ____<br>☑ E/F ___3.13___<br>☐ G ____ |
| 2.12 1 | White River Grain Farms, G.P. | 1016 East 700 North Fortville, IN 46040 | Brodbeck Seeds, LLC | ☐ D ____<br>☑ E/F ___3.6___<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     Crossroad Family Farms, GP

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Grain sales / hay sales | $684,034.34 |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Crop Insurance<br>Procceds | $544,394.00 |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Direct Payment - CSP | $71,934.88 |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Insurance Proceeds<br>(Claims for repairs) | $5,274.84 |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Custom Income | $36,243.92 |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Rent received | $5,000.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ☐ Operating a business<br>■ Other   Grain sales / hay sales | $4,244,976.64 |

Debtor    Crossroad Family Farms, GP _____    Case number *(if known)* _____

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and<br>exclusions) |
|---|---|---|
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ☐ Operating a business<br>■ Other    Crop Insurance<br>Procceds | $210,644.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ☐ Operating a business<br>■ Other    Direct Payment - CSP | $208,710.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ☐ Operating a business<br>■ Other    Insurance Proceeds<br>(Claims for repairs) | $35,104.53 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ☐ Operating a business<br>■ Other    Custom Income | $20,550.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ☐ Operating a business<br>■ Other    Grain sales / hay sales | $1,956,662.52 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ☐ Operating a business<br>■ Other    Crop Insurance<br>Procceds | $1,886,620.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ☐ Operating a business<br>■ Other    Direct Payment - CSP | $454,867.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ☐ Operating a business<br>■ Other    Custom Income | $7,142.74 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    Crossroad Family Farms, GP                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Nationwide | June, 2018; July 2018 | $8,204.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Agrifund, LLC v. Crossroads Family Farms, G.P. et al<br>30C01-1804-PL-513 | | Hancock County Circuit Court<br>9 East Main Street, Room 213<br>Greenfield, IN 46140 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. First Financial Bank, N.A. v. Crossroads Family Farms, G.P. et al<br>30C01-1805-MF-561 | Foreclosure | Hancock County Circuit Court<br>9 East Main Street, Room 213<br>Greenfield, IN 46140 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Indy Family Farms, G.P. v. Crossroads Family Farms, G.P. et al<br>30C01-1803-PL-483 | | Hancock County Circuit Court<br>9 East Main Street, Room 213<br>Greenfield, IN 46140 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Crossroad Family Farms, GP _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Brodbeck Seeds, LLC v. White River Grain Farms, G.P., et al<br>30C01-1709-CC-01710 | Collection | Hancock County Circuit Court<br>9 E. Main Street<br>Greenfield, IN 46140 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Family Farms, LLC vs. Crossroads Family Farms, Crossroads Farmily Farms Investors, LLC, Todd Stephenson, et al<br>2017-L-12 | Civil Collection | Jersey County Courthouse<br>201 W. Pearl Street<br>Jerseyville, IL 62052 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Irving Materials, Inc. vs. Crossroads Family Farms, Inc.<br>73D01-1801-CC-0029 | Civil | Shelby County Superior Court<br>407 S. Harrison Street, Suite 209<br>Shelbyville, IN 46176 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | National Funding, Inc. vs. Crossroads Family Farms, Inc.<br>30-2018-00996468-CU-BC-CJC | Complaint for Breach of Contract | Orange County Supeior Court; California<br>751 W. Santa Ana Blvd<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Claims for repairs | $569,756.00 | 2017 and 2018 | $40,379.37 |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Crossroad Family Farms, GP _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hester Baker Krebs LLC One Indiana Square, Suite 1600 211 N. Pennsylvania Street Indianapolis, IN 46204 | Attorney Fees and filing fee | June 26, 2018 | $14,437.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Barron Business Consulting, Inc. 201 N. Illinois Street, Suite 1630 South Tower Indianapolis, IN 46204 | | June 2018 | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor  Crossroad Family Farms, GP _____   Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Crossroad Family Farms, GP | Case number *(if known)* | |
|--------|---------------------------|--------------------------|---|

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|-----------------------|-------------------------------------|-----------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1.   Stacey Stephenson<br>1016 East 700 North<br>Fortville, IN 46040 | 2010 - current |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    Crossroad Family Farms, GP _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Kerber Eck & Breckel<br>1365 E. Union Avenue<br>Litchfield, IL 62056 | 2010 - 2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Stacey Stephenson<br>1016 East 700 North<br>Fortville, IN 46040 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Agri Financial Services<br>2310 S. Germantown Road<br>Cambridge City, IN 47327 |
| 26d.2.    First Financial Bank, N.A.<br>225 Pictoria Drive<br>Cincinnati, OH 45246 |
| 26d.3.    Security Federal Savings Bank<br>314 Fourth Street<br>Logansport, IN 46947 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bradley Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stacey Stephenson | 1016 East 700 North<br>Fortville, IN 46040 | | 50 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    Crossroad Family Farms, GP          Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Christina Stephenson | 1016 East 700 North Fortville, IN 46040 | | 2010 - 2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Todd Stephenson | 1016 East 700 North Fortville, IN 46040 | | 2010 -2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Bradley Stephenson 1016 East 700 North Fortville, IN 46040 | $35,400.00 | September 2017 - July 2018 | Draws |
| | **Relationship to debtor** | | | |
| 30.2. | Central Midwest Family Farms, G.P. 1016 East 700 North Fortville, IN 46040 | $107,591.90 | October 2017 -- April 2018 | Custom work / Payroll / Equipment Rent |
| | **Relationship to debtor** | | | |
| 30.3. | Central Midwest Farms Equipment, LLC 1016 East 700 North Fortville, IN 46040 | $11,000.00 | October 2017 | Equipment Rent |
| | **Relationship to debtor** | | | |
| 30.4. | Central Midwest Farms, LLC 1016 East 700 North Fortville, IN 46040 | $20,760.56 | November 2017 | Land rent |
| | **Relationship to debtor** | | | |
| 30.5. | Christina Stephenson 1016 East 700 North Fortville, IN 46040 | $23,108.50 | August 2017 - June 2018 | Draws |
| | **Relationship to debtor** | | | |

Debtor   Crossroad Family Farms, GP                                  Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6. | Crossroads Family Farms Equipment, LLC<br>1016 East 700 North<br>Fortville, IN 46040 | $456,000.00 | August 2017 - February 2018 | Equipment rent |
| | **Relationship to debtor** | | | |
| 30.7. | Crossroads Family Farms, LLC<br>1016 East 700 North<br>Fortville, IN 46040 | $1,654,235.00 | August 2017 - April 2018 | Land lease payments |
| | **Relationship to debtor** | | | |
| 30.8. | Stacey Stephenson<br>1016 East 700 North<br>Fortville, IN 46040 | $35,500.00 | August 2017 - July 2018 | Draws |
| | **Relationship to debtor** | | | |
| 30.9. | Stephenson Family Limited Partnership<br>1016 E. 700 North<br>Fortville, IN 46040 | $20,050.00 | August  2017 - June 2018 | Loan repayments |
| | **Relationship to debtor** | | | |
| 30.10. | The West 70 Corporation<br>1016 East 700 North<br>Fortville, IN 46040 | $20,050.00 | August 2017 - June 2018 | Loan repayments |
| | **Relationship to debtor** | | | |
| 30.11. | Todd Stephenson<br>1016 East 700 North<br>Fortville, IN 46040 | $22,108.50 | September 2017 - June 2018 | Draws |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor      Crossroad Family Farms, GP                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    Crossroad Family Farms, GP          Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2018

/s/ Bradley Stephenson          Bradley Stephenson
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Crossroad Family Farms, GP _____    Case No. _____
_____ Debtor(s)    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 14,437.50 |
| Prior to the filing of this statement I have received | $ | 14,437.50 |
| Balance Due | $ | 0.00 |

2.  $  0.00    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Total compensation shall be based upon total hours of legal services rendered at applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter.  No flat fee or flat rate is intended or implied.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions or any other adversary proceedings.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| August 23, 2018 | /s/ Jeffrey M. Hester |
| *Date* | Jeffrey M. Hester |
| | *Signature of Attorney* |
| | Hester Baker Krebs LLC |
| | One Indiana Square, Suite 1600 |
| | 211 N. Pennsylvania Street |
| | Indianapolis, IN 46204 |
| | (317) 833-3030   Fax: (317) 833-3031 |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Southern District of Indiana

In re    Crossroad Family Farms, GP                         Case No. _____

                                     Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Bradley Stephenson<br>1016 East 700 North<br>Fortville, IN 46040 | | 50 | |
| Stacey Stephenson<br>1016 East 700 North<br>Fortville, IN 46040 | | 50 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the General Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 23, 2018                   Signature   /s/ Bradley Stephenson

                                                  Bradley Stephenson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Indiana**

In re    Crossroad Family Farms, GP                 Case No. _____

                                 Debtor(s)          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the ___ of the General Partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 23, 2018           /s/ Bradley Stephenson

                                       Bradley Stephenson/
                                       Signer/Title

ACCIDENT FUND
P.O. BOX 40767
LANSING, MI 48901

ADM GRAIN CO
2350 BROADWAY
EVANSVILLE, IN 47712

AGRESOURCES MANAGEMENT LLL
5250 E. US HIGHWAY 36, SUITE 31
AVON, IN 46123

AMERIGAS
624 S. BERKLEY ROAD
KOKOMO, IN 46901

BEAVER GRAHAM & CALVERT
221 W. MAIN CROSS STREET
TAYLORVILLE, IL 62568

BETSEY EMERICK
1023 N. 175 STREET
VANDALIA, IL 62471

BRODBECK SEEDS, LLC
15 RINGEL AVENUE
WABASH, IN 46992

CAPITAL ONE
15000 CAPITAL ONE DRIVE
HENRICO, VA 23238

CENTRAL MIDWEST FARMS EQUL
1016 EAST 700 NORTH
FORTVILLE, IN 46040

CINTAS CORPORATION
P.O. BOX 630803
CINCINNATI, OH 45263

CROSSROADS FAMILY FARMS EQUIP, LLC
1016 EAST 700 NORTH
FORTVILLE, IN 46040

CROSSROADS FAMILY FARMS LL
1016 EAST 700 NORTH
FORTVILLE, IN 46040

CROSSROADS FAMILY FARMS, LLC
1016 EAST 700 NORTH
FORTVILLE, IN 46040

DEERE CREDIT, INC.
6400 NW 86TH STREET
P.O. BOX 6600
JOHNSTON, IA 50131

E & E FARMS, INC. D/B/A EMERA
1023 N. 175 STREET
VANDALIA, IL 62471

EMERICKS FARMS
1023 N. 175 STREET
VANDALIA, IL 62471

FAMILY FARMS, LLC
31832 DELPHI ROAD
BRIGHTON, IL 62012

FIRST FINANCIAL BANK, N.A.
225 PICTORIA DRIVE
CINCINNATI, OH 45246

GRAYDON HEAD & RITCHEY LLP
312 WALNUT STREET, SUITE 1800
CINCINNATI, OH 45202

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 N. SENATE AVENUE
INDIANAPOLIS, IN 46204

INDIANA DEPT. OF WORKFORCE
10 N. SENATE AVENUE
ROOM SE106
INDIANAPOLIS, IN 46204-2277

INDY FAMILY FARMS LAND, LLC
110 BLUFFDALE DRIVE
GREENWOOD, IN 46142

INDY FAMILY FARMS, G.P.
110 BLUFFDALE DRIVE
GREENWOOD, IN 46142

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRVING MATERIALS, INC.
8032 NORTH STATE ROAD 9
GREENFIELD, IN 46140

KERBER ECK & BRECKEL
1365 E. UNION AVENUE
LITCHFIELD, IL 62056

LEWIS BRISBOIS BISGAARD & SL
103 WEST VANDALIA STREET, S30
EDWARDSVILLE, IL 62025

M. MICHAEL STEPHENSON
MCNEELY STEPHENSON
2150 INTELLIPLEX DRIVE, SUITE 100
SHELBYVILLE, IN 46176

MATTHEW EMERICK
1023 N. 175 STREET
VANDALIA, IL 62471

MCAFEE & TAFT
211 N. ROBINSON, SUITE 1000
OKLAHOMA CITY, OK 73102

MONSANTO COMPANY
P.O. BOX 204070
DALLAS, TX 75320

NATIONAL FUNDING, INC.
9820 TOWNE CENTRE DRIVE
SAN DIEGO, CA 92121

PATRICIA J. EMERICK
1023 N. 175 STREET
VANDALIA, IL 62471

RONALD E. OSMAN
1602 W. KIMMEL / P.O. BOX 939
MARION, IL 62959

STEPHENSON FAMILY LIMITED PARTNERSHIP
1016 E. 700 NORTH
FORTVILLE, IN 46040

ERIK P. STRAHL
8 WEST MAIN
GREENFIELD, IN 46140

TAFT STETTINIUS & HOLLISTER, LLP
ONE INDIANA SQUARE, SUITE 3500
INDIANAPOLIS, IN 46204

THE WEST 70 CORPORATION
1016 EAST 700 NORTH
FORTVILLE, IN 46040

VTF SUNRISE, LLC
8398 CELINA-MENDON ROAD
CELINA, OH 45822

WENDY D. BREWER
JENSENBREWER, LLC
333 N. ALABAMA STREET, SUITE 350
INDIANAPOLIS, IN 46204